BEFORE THE THIRD DIVISION

JUNE 1, 1965

No. 69345.—Shell Oil Co. *v.* United States, protest 195630–K.— ——C.D. 2509, rehearing denied, Abstract 69233. Plaintiff's second rehearing denied as untimely filed, Abstract 69295. Plaintiff's motion to vacate order, Abstract 69295, dismissed.

JUNE 2, 1965

No. 69346.—American Bitumuls Company *v.* United States, protest 187198–K.— ——C.D. 2524. Plaintiff's application for rehearing denied.

BEFORE THE FIRST DIVISION, JUNE 7, 1965

No. 69347.—Louis Marx & Co., Inc., et al. *v.* United States, protests 59/6925, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 69348.—Aristo Craft Distinctive Miniatures and Lansen Naeve Corp. et al. *v.* United States, protests 62/3552(B), etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.